Rel: July 12, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0679

Ganesa McIntosh, on behalf of her minor child, M.M. v. Minda Paxton (Appeal from Tuscaloosa Circuit Court: CV-18-900886).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Bryan, Mendheim, and Mitchell, JJ., concur.